UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2020 DEC -1 P 1:42

CLERK OF COURT

20-CR-230

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRANCE WARD,

    Defendant.

Case No. 20-CR-
[18 U.S.C. § 1703(a)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 8, 2020, in the State and Eastern District of Wisconsin,

**TERRANCE WARD,**

being a United States Postal Service employee, did unlawfully secrete, detain, and delay articles of United States mail which had come into his possession and were intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1703(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 22, 2020, in the State and Eastern District of Wisconsin,

**TERRANCE WARD,**

being a United States Postal Service employee, did unlawfully secrete, detain, and delay articles of United States mail which had come into his possession and were intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1703(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 26, 2020, in the State and Eastern District of Wisconsin,

**TERRANCE WARD,**

being a United States Postal Service employee, did unlawfully secrete, detain, and delay articles of United States mail which had come into his possession and were intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

FOREPERSON

Date: December 1, 2020

MATTHEW D. KRUEGER
United States Attorney